UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FRANCIS AUSTIN,

                       Plaintiff,

    -against-                                        21 **CIVIL** 6421 (JPO)

                                                               **JUDGMENT**

FORDHAM UNIVERSITY, et al.,

                       Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2022, the Court does not discount the deeply disturbing nature of the facts, or the extent of Plaintiff's suffering, as alleged in this case. But the Court is bound to strictly apply statutes of limitations. The Supreme Court has counseled that "[p]rocedural requirements . . . are not to be disregarded by courts out of a vague sympathy for particular litigants . . . . In the long run, experience teaches that strict adherence to the procedural requirements specified by the legislature is the best guarantee of evenhanded administration of the law." Baldwin Cnty. Welcome Ctr. v. Brown, 466 U.S. 147, 152 (1984). For the reasons stated in the opinion, Defendants' motion to dismiss is GRANTED, and the complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      September 30, 2022

                                                         **RUBY J. KRAJICK**

                                                         **Clerk of Court**

                            **BY:**      *K. Mango*

                                                         **Deputy Clerk**